IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

BETTY WILDER, :

    Petitioner, :    Case No. 3:06CV398

vs. :    District Judge Walter Herbert Rice
    Magistrate Judge Sharon L. Ovington

STATE OF OHIO[1], :

     :

    Respondent.

---

**DECISION AND ENTRY ADOPTING REPORT AND RECOMMENDATIONS FILED ON JANUARY 9, 2008 (Doc. #13); PETITION FOR HABEAS CORPUS (DOC. # 1) IS DISMISSED WITH PREJUDICE, PETITIONER IS DENIED PERMISSION TO APPEAL *IN FORMA PAUPERIS* AND ANY REQUESTED CERTIFICATE OF APPEALABILITY; AND, TERMINATING CASE ON THE DOCKET OF THIS COURT**

---

    The Court has conducted a de novo review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #13), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** in full said Report and Recommendations. It is therefore **ORDERED** that:

    1.    The Report and Recommendations filed on January 9, 2008 (Doc. #13) is ADOPTED;

    2.    Petitioner Betty Wilder's Petition for Habeas Corpus (Doc. # 1) is DISMISSED with prejudice;

    3.    Petitioner is denied permission to appeal *in forma pauperis* and any requested certificate of appealability; and,

---

[1] Pat Andrews is the Warden of the Ohio Reformatory for Women and is the proper respondent.

4.	The case is terminated on the docket of this Court.

	_____
	Walter Herbert Rice
	United States District Judge